# Third District Court of Appeal

## State of Florida

Opinion filed April 23, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0245
Lower Tribunal No. 24-20431-FC-04
_____

**Johnathan Naranjo,**
Appellant,

vs.

**Natalie Somoano,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Elisabeth Espinosa Marin, Judge.

Johnathan Naranjo, in proper person.

Natalie Somoano, in proper person.

Before LOGUE, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Khan v. Deutschman</u>, 282 So. 3d 965, 968 (Fla. 1st DCA 2019) (explaining that the definition of "domestic violence" in section 741.28, Florida Statutes, includes stalking, and that this inclusion "causes the statutory definition to diverge considerably from the colloquial meaning of the word"; affirming the trial court's grant of a dating violence injunction where such repeated instances of stalking after being told to stop reasonably caused emotional distress).